IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS, | No. 2:22-CV-1831-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CSP – SACRAMENTO, et al., | |
| Defendants. | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. <u>See</u> ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

       The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

       IT IS SO ORDERED.

       Dated: November 15, 2022

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE