1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DAVID ROBERTS,                          No.  2:22-CV-1831-DJC-DMC-P

12              Plaintiff,

13         v.                                  FINDINGS AND RECOMMENDATIONS

14    CSP – SACRAMENTO, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's complaint, ECF No. 1.

19              On November 21, 2022, the Court issued an order addressing the sufficiency of

20    Plaintiff's complaint as required under the Prison Litigation Reform Act.  See ECF No. 10.  The

21    Court summarized Plaintiff's allegations as follows:

22              Plaintiff names the following as defendants: (1) California
              State Prison – Sacramento; (2) Sgt. Caruso; and (3) Correctional Officer
23            Acuna.  See ECF No. 1, pg. 2.  In his first claim for relief, Plaintiff alleges
              that Defendants Caruso used excessive force on September 13, 2022,
24            while Defendant Acuna watched and did nothing.  See id. at 3.  In his
              second claim for relief, Plaintiff contends that unnamed staff denied him
25            medical care.  See id. at 4.

26              ECF No. 16, pg. 2.

27    / / /

28    / / /

1

1    The Court determined that Plaintiff states cognizable Eighth Amendment

2 excessive force claims against Defendants Caruso and Acuna.  See id.  The Court, however,

3 determined that Plaintiff's Eighth Amendment medical care claims against unnamed individuals

4 are not cognizable, and that Defendant California State Prison – Sacramento is immune from suit

5 under the Eleventh Amendment.  See id. at 2-5.  Plaintiff was provided an opportunity to file a

6 first amended complaint addressing the defects identified in the Court's screening order and

7 advised that, if he failed to do so within the time provided, the defective claims/defendants would

8 be subject to dismissal.  The time provided to file an amended complaint has passed and Plaintiff

9 has not done so.  The Court, therefor, recommends dismissal of Plaintiff's Eighth Amendment

10 medical care claim as well as Defendant California State Prison – Sacramento for the reasons

11 outlined in the screening order. By separate order issued herewith, the Court directs service of

12 process on Defendants Caruso and Acuna.

13    Based on the foregoing, the undersigned recommends that:

14    1.    This action proceed on Plaintiff's original complaint as to his Eighth

15 Amendment excessive force claims against Defendants Acuna and Caruso;

16    2.    Plaintiff's Eighth Amendment medical care claims be dismissed; and

17    3.    California State Prison – Sacramento be dismissed as a defendant to this

18 action

19    These findings and recommendations are submitted to the United States District

20 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

21 after being served with these findings and recommendations, any party may file written objections

22 with the Court.  Responses to objections shall be filed within 14 days after service of objections.

23 Failure to file objections within the specified time may waive the right to appeal.  See Martinez v.

24 Ylst, 951 F.2d 1153 (9th Cir. 1991).

25 Dated:  April 4, 2023

26

27    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28