IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CSP – SACRAMENTO, et al.,<br><br>　　　　Defendants. | No.  2:22-CV-1831-DJC-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On April 5, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Plaintiff has filed timely objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, specifically including the Magistrate Judge's initial screening order (ECF No. 10), the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 5, 2023, are adopted in full;

2. This action shall proceed on Plaintiff's original complaint as to his Eighth Amendment excessive force claims against Defendants Acuna and Caruso;

3. Plaintiff's Eighth Amendment medical care claims are dismissed;

4. California State Prison – Sacramento is dismissed as a defendant to this action; and

5. This matter is referred back to the assigned Magistrate Judge for further pre-trial proceedings.

IT IS SO ORDERED.

Dated:   **September 4, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE