IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>        Plaintiff,<br><br>    v.<br><br>CARUSO, et al.,<br><br>        Defendants. | No.  2:22-CV-1831-DJC-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On November 6, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

       The Court has reviewed the file and finds the findings and recommendations as to revocation of in forma pauperis status to be supported by the record and the Magistrate Judge's analysis.  However, the Court concludes that in lieu of dismissal of the Complaint, plaintiff should be granted twenty-one (21) days to pay the filing fee for this action.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed November 6, 2023, are ADOPTED IN PART AND REJECTED IN PART.

2. Defendants' unopposed motion to revoke Plaintiff's in forma pauperis status, ECF No. 22, is GRANTED.

3. Within twenty-one (21) days of receiving this order, Plaintiff shall pay the $405 filing fee for this action. Failure to pay the filing fee will result in dismissal of this action for failure to prosecute.

4. This matter is referred back to the Magistrate Judge for all further proceedings.

IT IS SO ORDERED.

Dated:   **January 5, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE